| Prob 22 (2/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 0863 3:05CR00575-002 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Phillip Bentley | DISTRICT Southern Iowa | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert W. Pratt Chief U. S. District Judge | JUDGE COAR MAGISTRATE JUDGE BROWN |
| | DATES OF PROB/TSR RELEASE | FROM 6/26/2007 — TO 6/25/2009 |

RECEIVED NOV 02 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**OFFENSE**

18:922(g)(1) - Felon in Possession of a Firearm

07CR 760

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District Of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 30, 2007    Date

_/s/ Robert W. Pratt_
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV 1 3 2007
Date

_/s/ James F. Holderman_
United States District Judge

**FILED**

NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

| | |
|---|---|
| **DATE:** | November 9, 2007 |
| **REPLY TO ATTN OF:** | U. S. Probation Office<br>55 East Monroe Street, Room 1500<br>Chicago, Illinois  60603 |
| **SUBJECT:** | Transfer of Jurisdiction |
| **TO:** | Mrs. Alyce Mobley-Morris<br>Courtroom Deputy to Chief Judge Holderman<br>U. S. Court House, Room 2548 |

RE:   BENTLEY, PHILLIP DAVID

DOCKET NO. OF
TRANSFERRING COURT: 0863 3:05CR00575-002

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district.  Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Brian Driver
      U. S. Probation Officer

taw