UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 760 |
| v. | ) | |
| | ) | Hon. David H. Coar |
| PHILLIP BENTLEY | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

           Respectfully submitted,

           PATRICK J. FITZGERALD
           United States Attorney

By:   s/ Ronald L. DeWald, Jr.
       RONALD L. DeWALD, Jr.
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 886-4187
       ronald.dewald@usdoj.gov

Dated: January 22, 2008

**CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers.


                                        By:   *s/ Ronald L. DeWald, Jr.*
                                                 RONALD L. DeWALD, Jr.
                                                 Assistant United States Attorney
                                                 219 South Dearborn Street, 5th Floor
                                                 Chicago, Illinois 60604
                                                 (312) 886-4187
                                                 ronald.dewald@usdoj.gov