## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 -1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | U.S.A. vs. Phillip Bentley | | |

**DOCKET ENTRY TEXT**

Issue Rule to Show Cause against Phillip Bentley why sanctions (including, but not limited to revocation of supervised release) should not be imposed for violations alleged and contained in the special report from the Probation Office dated December 20, 2007. Rule returnable February 15, 2008 at 9:30 a.m. in Courtroom # 1419, 219 South Dearborn Street, Chicago, Illinois. The defendant/offender, Phillip Bentley, shall appear on February 15, 2008 at 9:30 a.m. in Courtroom #1491, and if he fails to appear on said date and time a bench warrant will be issued for his arrest. /s/David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|