## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 - 1 | **DATE** | 2/14/2008 |
| **CASE TITLE** | U.S.A. vs. PHILLIP BENTLEY | | |

**DOCKET ENTRY TEXT**

At the request of the defendant's attorney and with no objections by the Probation Officer or the Government, the date of 2/15/2008 is stricken as to the Rule to Show Cause against Phillip Bentley regarding violations alleged and contained in the special report December 20, 2007 . Rule to show cause as to the defendant's supervised release is reset to 2/22/200 at 9:30 a.m. The defendant/offender, Phillip Bentley, shall appear on February 22, 2008 at 9:30 a.m. in Courtroom #1491, and if he fails to appear on said date and time a bench warrant will be issued for his arrest.
Supervised Release hearing reset for 2/22/2008 at 09:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:07-cr-00760    Document 6    Filed 02/14/2008    Page 1 of 1

07CR760 - 1 U.S.A. vs. PHILLIP BENTLEY      Page 1 of 1