## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 - 1 | **DATE** | 2/22/2008 |
| **CASE TITLE** | U.S.A. vs. Phillip Bently | | |

**DOCKET ENTRY TEXT**

Rule to show cause - supervised release hearing held on 2/22/2008. The defendant, Phillip Bently, appeared with counsel and the probation officer. The Court admonished the defendant and advised him of the consequences of not adhering to all the terms of his supervised release. This matter is continued to March 20, 2008 to determine the defendant's progress and further action as needed. Rule to show cause Supervised release hearing continued to 3/20/2008 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:07-cr-00760   Document 7   Filed 02/22/2008   Page 1 of 1

07CR760 - 1 U.S.A. vs. Phillip Bently                                                                                           Page 1 of 1