# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 - 1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | U.S.A. vs. PHILLIP BENTLY | | |

**DOCKET ENTRY TEXT**

Rule to show cause - supervised release hearing held on 3/20/2008. Defendant appeared with counsel. As stated on the record, the offender, Phillip Bently shall provide the Probation Officer with a written log of time in search of jobs. If no progress by the next hearing date, the Court will impose sanctions against the defendant as stated on the record. Rule to Show Cause - supervised release hearing continued to April 16, 2008 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:07-cr-00760    Document 8    Filed 03/20/2008    Page 1 of 1

07CR760 - 1 U.S.A. vs. PHILLIP BENTLY      Page 1 of 1