## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 - 1 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Phillip Bentley | | |

**DOCKET ENTRY TEXT**

Supervised Release hearing held on 4/17/2008. Phillip Bently appeared, attorney for defendant appeared by telephone. The defendant was admonished and reminded of his responsibility of abiding by all the requirements of supervised release. The defendant shall obtain and provide to the Probation Officer the street address for his employment (car wash). Phillip Bently shall also maintain a log containing entries of his efforts in securing full time employment. At this time, the Court suspends the requirement of the defendant to obtain his GED. Supervised release hearing continued to May 7, 2008 at 9:30 a.m. The defendant shall make some progress or his supervised release will be revoked on May 7, 2008.

Docketing to mail notices.

00:21

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|