

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 - 1 | **DATE** | 5/7/2008 |
| **CASE TITLE** | United States of America vs. Philip Bentley | | |

**DOCKET ENTRY TEXT**

This matter came before the Court on 5/7/2008 on the Supervised Release Hearing and the defendant/offender Philip Bentley, failed to appear as ordered on April 17, 2008. Order bench warrant issued as to Philip Bentley for failure to appear at the scheduled Supervised Release Hearing.

*/s/ David H. Coar*

Docketing to mail notices.

00:01

BWi to USM 5/7/08

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|