Order Form (01/2005)


# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 760 -1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | U.S.A. vs. Philip Bentley | | |

**DOCKET ENTRY TEXT**

Defendant, Philip Bentley, appears in response to bench warrant on 5/15/2008. The defendant, Philip Bentley is ordered released. The Supervised Release Hearing is continued to June 2, 2008 at 1:30 p.m. in Courtroom #1419, 219 South Dearborn Street, Chicago, Illinois

Docketing to mail notices.

00:10

Courtroom Deputy Initials: PAMF