AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America            WARRANT FOR ARREST

v.

Phillip Bentley            Case Number: 07 cr 760-1

To:    The United States Marshal
        And any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest **Phillip Bentley** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

      Indictment    Information    Complaint    (X)Order of court    Violation Notice    Probation    Violation Petition

charging him or her with:    **Order bench warrant issued as to Phillip Bentley for failure to appear at the scheduled Supervised Release Hearing.**

in violation of Title 18 United States Code, Section(s) 922(g)(3), 924(a)(2) & 2

Ellenore Duff, Issuing Officer, Deputy Clerk

_/s/ Ellenore Duff_            5/7/08; Chicago, IL
Signature of Issuing Officer

Bail fixed at $ _____
                    , Judicial Officer

FILED
MAY 15 2008 YM
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| | STEVE LINDER DUSM | _/s/_ |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| 5/15/08 | | |
| Date of Arrest | | |