UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                   Case No.: 1:07−cr−00760
                                                     Honorable David H. Coar

                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

MINUTE entry before the Honorable David H. Coar − as to Phillip Bentley: Supervised Release Hearing held on 6/3/2008. For the reasons stated on the record, the supervised release is revoked, defendant to serve six months of incarceration, no additional term of supervised release imposed. Judgment order to follow. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.